872 P.2d 201

**Re: In Re: Matter of AN ALLEGED MENTALLY DISORDERED PERSON.**

**No. CV–94–0026–PR.**

Supreme Court of Arizona.

April 19, 1994.

Petition for Review—GRANTED.

The case will be set for oral argument.

872 P.2d 201

**Robert COPELAND**

v.

**ARIZONA VETERANS MEMORIAL COLISEUM AND EXPO CENTER et al.**

**No. CV–93–0414–PR.**

Supreme Court of Arizona.

April 19, 1994.

Petition for Review—DENIED.